**Opinion issued September 19, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00615-CV**

————————————

**RAMESH KAPUR, INDIVIDUALLY AND D/B/A AIC MANAGEMENT COMPANY, Appellant**

**V.**

**NICIA VITORINO, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-02915**

---

**MEMORANDUM OPINION**

Appellant, Ramesh Kapur, individually and doing business as AIC Management Company, has filed a "Motion to Dismiss the Appeal Due to Order Granting Motion for New Trial," requesting that the Court dismiss appellant's appeal. No other party has filed a notice of appeal, and no opinion has issued. *See*

TEX. R. APP. P. 42.1(a)(1), (c). Further, although appellant's motion does not include a certificate of conference stating that appellant conferred or made a reasonable attempt to confer with appellee, Nicia Vitorino, regarding the relief required in the motion, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.